No. D–81. IN RE DISBARMENT OF DARROW. It is ordered that Charles M. Darrow, of Painesville, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–82. IN RE DISBARMENT OF KOCH. It is ordered that Karl A. Koch, of Woodstock, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–83. IN RE DISBARMENT OF BRIN. It is ordered that E. Stanley Brin, of Edina, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–84. IN RE DISBARMENT OF EDELSTEIN. It is ordered that Alan Earl Edelstein, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–85. IN RE DISBARMENT OF ROTHBART. It is ordered that Charles J. Rothbart, of Northglenn, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.